<table>
<tr><td><b>Fill in this information to identify the case:</b></td></tr>
</table>

United States Bankruptcy Court for the:

<u>Northern</u>     District of <u>Illinois</u>
                              (State)

Case number (*If known*): <u>Unknown</u>     Chapter 15

☐ Check if this is an amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

| | |
|---|---|
| 1. **Debtor's name** | Bluberi Group Inc. |

2. **Debtor's unique identifier**

**For non-individual debtors:**

☒ Federal Employer Identification Number (EIN)   98 – 1125089

☐ Other _____. Describe identifier _____.

**For individual debtors:**

☐ Social Security number: XXX - XX– _____

☐ Individual Taxpayer Identification number (ITIN): 9 XX - XX - _____

☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**   Bluberi Gaming Technologies Inc.

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**   In re Bluberi Gaming Technologies, et al., Superior Court - Commercial Division, Province of Québec, District of Montréal, File No. 500-11-049737-154

5. **Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☒ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☒ Yes

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluberi Group Inc. | Case number *(if known)* Unknown |
|---|---|---|
| | Name | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9.   Addresses**

Country where the debtor has the center of its main interests:

Canada

Debtor's registered office:

310-
2120        rue Letendre
Number      Street

P.O. Box

Drummondville          Québec       J2C7E9
City                State/Province/Region   ZIP/Postal Code

Canada
Country

Individual debtor's habitual residence:

Number      Street

P.O. Box

City         State/Province/Region  ZIP/Postal Code

Country

Address of foreign representative(s):

310-2120 rue Letendre
Number      Street

P.O. Box

Drummond
ville        Québec       J2C7E9
City         State/Province/Region  ZIP/Postal Code

Canada
Country

**10. Debtor's website** (URL)

www.bluberi.com

**11. Type of debtor**

*Check one:*

☐ Non-individual (*check one*):

  ☒ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Bluberi Group Inc.
_____    Case number (*if known*) Unknown
Name

---

**12. Why is venue proper in *this district*?**

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

---

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✖ _____    President,
Signature of foreign representative    Bluberi Gaming Technologies, Inc
                                        Printed name

Executed on    02/18/2016
               MM / DD / YYYY

✖ _____    _____
Signature of foreign representative    Printed name

Executed on    _____
               MM / DD / YYYY

---

**14. Signature of attorney**

✖ /s/ Patrick C. Maxcy                 Date    02/18/2016
Signature of Attorney for foreign representative    MM / DD / YYYY

Patrick C. Maxcy
_____
Printed name
Dentons US LLP
_____
Firm name
233            South Wacker Drive - Suite 5900
_____
Number    Street
Chicago                                IL         60606
_____
City                                   State      ZIP Code

312.876.8000                           patrick.maxcy@dentons.com
_____
Contact phone                          Email address

6275469                    Illinois
_____
Bar number                 State

---

American LegalNet, Inc.
www.FormsWorkFlow.com