UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-05364 |
| BLUBERI GAMING TECHNOLOGIES | ) | (Jointly Administered) |
| INC., et al.* | ) | Chapter: 15 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER CLOSING CHAPTER 15 CASES

Upon the Final Report and motion (the "Motion") of the Petitioner, as the appointed and duly authorized foreign representative of above-captioned debtors (collectively, "Bluberi" or the "Debtors") seeking entry of an order (the "Order") pursuant to section 350(a) and 1517(d) of the United States Code (the "Bankruptcy Code") closing the Chapter 15 Cases; and due and proper notice of the Motion having been given, which notice was adequate under Federal Rule of Bankruptcy Procedure 5009(c) and for all purposes such that no other or further notice thereof need be given; and any objections to the Motion or Final Report that have not been withdrawn or resolved have been overruled; and all interested parties having had an opportunity to be heard; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED, that these above-captioned Chapter 15 Cases having been fully administered in this Court, the Chapter 15 Cases are hereby closed pursuant to sections 350(a) and 1517(d) of the Bankruptcy Code, without prejudice to the right of the Petitioner to seek an order reopening the cases under section 350(b) of the Bankruptcy Code; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to its prior orders in these Chapter 15 Cases, the enforcement, amendment or implementation of this Order or requests for any additional relief in or related to these Chapter 15 Cases.

*The Debtors in this chapter 15 proceeding and the last four digits of each Debtor's U.S. tax identification number are as follows: Bluberi Gaming Technologies Inc. (9150), Bluberi Group Inc. (5089), and Bluberi USA, Inc. (7934). The Debtors' headquarters are located at 310-2120 Rue Letendre, Drummondville, Québec J2C 7E9 Canada. Bluberi USA, Inc. maintains a post office box located at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

Enter:

14 JUL 2017

Dated:

United States Bankruptcy Judge

**Prepared by:**
Geoffrey Miller, Counsel for Petitioner
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606

Rev: 20151029_bko